IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


ROBERT J. LARRY,                          3:09-CV-663-AC

        Plaintiff,                        ORDER

v.

ERIC NISLEY, in his
individual capacity, *et al.*,

        Defendants.


BROWN, Judge.

    Magistrate Judge John V. Acosta issued Findings and
Recommendation (#161) on October 21, 2011, in which he recommends
the Court grant Defendant Eric Nisley's Motion (#50) for Summary
Judgment as to Plaintiff's 42 U.S.C. § 1983, 42 U.S.C. § 1985,
assault, and breach-of-fiduciary-duty claims on the ground that
Plaintiff failed to plead facts sufficient to state any such

1 - ORDER

claims.  The Magistrate Judge also recommends the Court deny
Defendant's Motion as to Plaintiff's claims for defamation and
intentional infliction of emotional distress because Plaintiff
has demonstrated disputes of material fact exist and preclude
summary judgment as to those claims.

Defendant filed timely Objections to the Findings and
Recommendation.  The matter is now before this Court pursuant to
28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

When any party objects to any portion of the Magistrate
Judge's Findings and Recommendation, the district court must make
a *de novo* determination of that portion of the Magistrate Judge's
report.  28 U.S.C. § 636(b)(1).  *See also United States v. Reyna-
Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*); *United
States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988).

This Court has carefully considered each of Defendant's
Objections and concludes they do not provide a basis to modify
the Findings and Recommendation.  The Court also has reviewed the
pertinent portions of the record *de novo* and does not find any
error in the Magistrate Judge's Findings and Recommendation.


## CONCLUSION

The Court **ADOPTS** Magistrate Judge Acosta's Findings and
Recommendation (#161) and, accordingly, **GRANTS** Defendant's Motion
(#50) for Summary Judgment as to Plaintiff's 42 U.S.C. § 1983, 42

2 - ORDER

U.S.C. § 1985, assault, and breach-of-fiduciary-duty claims and

**DENIES** Defendant's Motion as to Plaintiff's claims for defamation

and intentional infliction of emotional distress.

IT IS SO ORDERED.

DATED this 6th day of February, 2012.

/s/ Anna J. Brown

_____

ANNA J. BROWN
United States District Judge

3 - ORDER