IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**ROBERT J. LARRY,**  3:09-CV-663-AC

    **Plaintiff,**  ORDER

v.

**ERIC NISLEY, in his individual capacity,** *et al.*,

    **Defendants.**

**BROWN, Judge.**

    Magistrate Judge John V. Acosta issued Findings and Recommendation (#175) on July 11, 2012, in which he recommends the Court deny Defendant Eric Nisley's Motion (#169) to Remand. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988).

1 - ORDER

Having reviewed the legal principles *de novo*, the Court does not find any error in the Magistrate Judge's Findings and Recommendation.

### CONCLUSION

The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#175) and, accordingly, **DENIES** Defendant Nisley's Motion (#169) to Remand.

IT IS SO ORDERED.

DATED this 30th day of July, 2012.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER