IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT J LARRY,                          3:09-CV-00663-AC

               Plaintiff,                ORDER

v.

ERIC NISLEY, in his
individual capacity,

              Defendant.


BROWN, Judge.

    Magistrate Judge John V. Acosta issued Findings and
Recommendation (#231) on October 15, 2013, in which he recommends
the Court grant Defendant Eric Nisley's Motion (#207) for Summary
Judgment and dismiss this matter with prejudice.  Plaintiff filed
timely Objections to the Findings and Recommendation.  The matter
is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and
Federal Rule of Civil Procedure 72(b).


1 - ORDER

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.   28 U.S.C. § 636(b)(1).   *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

This Court has carefully considered Plaintiff's Objections and concludes they do not provide a basis to modify the Findings and Recommendation.   The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

The Court also declines to grant Plaintiff leave to file a second amended complaint.   This matter has been pending since June 2009 and has included multiple dispositive motions. Plaintiff was well advised of his burden on summary judgment and his assertion in his Objections that he "can meet the minimal standard for the Oregon Tort Claims Act by further development of the record" is unsupported and insufficient at this point in the proceedings.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#231) and, therefore, **GRANTS** Defendant's Motion (#207) for Summary Judgment and **DISMISSES** this matter **with**

2 - ORDER

**prejudice.**

IT IS SO ORDERED.

DATED this 20th day of December, 2013.


ANNA J. BROWN
United States District Judge

3 - ORDER